A-1 Tablecloth Co.
450 Hurley St., Suite 102
South Hackensack, NJ 07606

ABCC - Massachusetts
239 Causeway Street
Boston, MA 02114

Ace Service Company Inc
95 Hampton Ave
Needham Heights, MA 02494

Ahearn Equipment
460 Main St
Spencer, MA 01562

Airgas East
P.O. Box 827049
Philadelphia, PA 19182-7049

Akuity Technologies
1 Westec Drive
Auburn, MA 01501

All Brite Surface Cleaning
51 Oak Knoll Drive
Hampden, MA 01036

Allian, Ernest
39 Montesion Drive
Fitchburg, MA 01420

Allstate Fire Equipment
Po Box 1025
Lynnfield, MA 01940

Ally Financial
P.O. Box 8138
Cockeysville, MD 21030

Alpine Industrial Inc
275 Washington Street
Auburn, MA 01501

Alves, Filomena
41 Pope Street
Hudson, MA 01749

American Medical Alert Corp
36-36 33rd Street
Suite B100
Long Island City, NY 11106

American Solutions For Busines
8479 Colution Center
Chicago, IL 60677

AmSan
P.O. Box 415133
Boston, MA 02241-5133

Art Matters
76 Walnut Street
Walpole, MA 02081

Arthur's Oil Company Inc
Box 2121
Acton, MA 01720

Atkins, Jessica
5 Sandy Pond Road
Lincoln, MA 01773

Atlantic Charter
P.O. Box 3127
Boston, MA 02241-3127

Atlantic Drain Service Co., In
435R Hyde Park Avenue
Roslindale, MA 02131

Atlantic Turle Top
127 Ferry Street
South Grafton, MA 01560

Atlas Press, Inc
422 High Plain Street
Walpole, MA 02081

B & R Electrical Services Inc
PO Box 942
Clinton, MA 01510

BatteriesPlus
173A Cambridge Road
Woburn, MA 01801

Bentley, Rebecca
20 Piety Corner Road
Waltham, MA 02451

Beth El Temple Center
2 Concord Avenue
Belmont, MA 02478

Blanchard, Dennis
27 Bridle Road
Bridgewater, MA 02324

Bloom Window Fashions
694 Mt. Auburn Street
Watertown, MA 02472

Bloom, Peter H.
29 Newbury Street
Somerville, MA 02144

BlueCross BlueShield
Of Massachusetts
PO Box 371318
Pittsburgh, PA 15250-7318

Bossert, Laura
53 South Great Road
Lincoln, MA 01773

Boston Showcase Company
66 Winchester Street
P.O. Box 610254
Newton Highlands, MA 02461

Boston Symphony Orchestra
Symphony Hall
301 Mass Ave
Boston, MA 02115

Bowditch & Dewey
One International Place
44th Floor
Boston, MA 02110

Brantley, David
60 White Ave
Concord, MA 01742

Bulbs.com
243 Stafford Street
Worcester, MA 01603

Bursaw, William
136 Tower Road
Lincoln, MA 01773

Bushell Piano Movers
6 Burbank Circle
Framingham, MA 01701

Callahan, Elizabeth
25 Irish Lane
Rutland, MA 01543

Camacho, Maria
19 Cushing Street, #1
Waltham, MA 02453

Cardiac Science Corp
Dept 0587
PO Box 120587
Dallax, TX 75312-0587

Cardwatch Licensing Limited
16610 Batview Avenue
Suite 209
Newmarket Ontario L3X 1X3
CANADA

CCRC Consulting, LLC
170 Woodrow Street
West Hartford, CT 06107

CDW Government
75 Remittance Drive
Suite 1515
Chicago, IL 60675-1515

Cede & Co., as nominee
Depository Trust and Clearing Corp.
55 Water St.
New York, NY 10041

CES Inc.
37 Ayer Road
Unit 9
Littleton, MA 01460

Chef Works, Inc.
12325 Kerran Street
Poway, CA 92064

Chemseachfe
PO Box 971269
Dallas, TX 75397-1269

Cherkasskaya, Anna
76 Hibbert
Arlington, MA 02476

Chicago Title Insurance
265 Franklin Street
Boston, MA 02110

Cigna Group Insurance
PO Box 13701
Philadelphia, PA 19101-3701

Cintas Corp
97627 Eagle Way
Chicago, IL 60678-7627

Coca-Cola Refreshments
Needham Sales Center
PO Box 4108
Boston, MA 02211-4108

Collins, Mara Klein
18 Hamilton Road #502
Arlington, MA 02474

Commonwealth Distributors
PO Box 360
Burlington, MA 01803-3110

Commonwealth Of MA
Office of Atty General
One Ashburton Place
Boston, MA 02108

Community Newspaper Co
PO Box 845908
Boston, MA 02284-5908

Community Publication
5 Progress Drive
Cromwell, CT 06416-1096

Connors, Tracy
23 Worcester Road
Princeton, MA 01541

Cormier, Mary G.
14 Nicole Drive
Andover, MA 01810

Creative Laundry Systems
12104-G Indian Creek Court
Beltsville, MD 20705

Crowe, Mary
66 Bedford Road
Lincoln, MA 01773

Cummins Northeast LLC
100 Allied Drive
Dedham, MA 02026

Cyn Environmental Services
PO Box 0119
Stoughton, MA 02072-0119

Daniels Equipment Co.
45 Pricilla Lane
Auburn, NH 03032

Deary, Trina
6 Sterling Street
Leicester, MA 01524

deCordova Sculpture Park & Mus
51 Sandy Pond Road
Lincoln, MA 01773

Delphi Construction
130 Overland Road
Waltham, MA 02451

DIMA Litvak Corporation
21 Cocasset Street
Suite #1
Foxboro, MA 02035

Durso, Suzette
10 Old Sudbury Road
Lincoln, MA 01773

Earthlink Business
PO BOX 88104
Chicago, IL 60680-1104

EGA, PC
12 Auburn Street
Newburyport, MA 01950

eGlobal ATM, LLC
854 West 450 North # 4
Kaysville, UT 84037

Elite Mechanical Corp
PO Box 541604
Waltham, MA 02454

Emery, Deborah DeWolf
152 Walnut Street
Braintree, MA 02184

Environmental Operating Soluti
160 MacArthur Boulevard
Suite 6
Bourne, MA 02532-3919

Ewas, Peter
72 Summit Street
Halifax, MA 02338

Exxon Mobil
Processing Center
PO Box 688938
Des Moines, IA 50368-8938

Fallon, Rob
1 Cider Lane
Lincoln, MA 01773

Fallon, Robert
23 Boyce Farm Road
Lincoln, MA 01773

Famous Produce
39 Pierce Street
Waltham, MA 02453

Fantini Baking Company
375 Washington Street
Haverhill, MA 01832

Farmington Company
30 Waterside Drive
PO Box 527
Farmington, CT 06034

Federal Express
P.O.Box 371461
Pittsburgh, PA 15250-7461

Feeley & Driscoll P.C.
200 Portland Street
Boston, MA 02114-1709

Fernandez, Victor
24 Maybury Road
Sudbury, MA 01776

Filter Sales & Service
15 Adams Street
Burlington, MA 01803-4916

First Parish in Lincoln
14 Bedford Road
Lincoln, MA 01773

Freedman, Isabel
38 Laurel Drive
Lincoln, MA 01773

Fremont Printing, Inc
58 Norfolk Avenue
Unit 3
South Easton, MA 02375

Galaxy Integrated Technologies
100 Leo M. Birmingham Pkwy
Brighton, MA 02135

Galvez, Olga
116 Bellingham Street, Apt 2
Chelsea, MA 02150

Garcia, Amy
32 Karopulios Drive
Marlboro, MA 01752

Garcia, Amy
32 Karopulios Drive
Marlborough, MA 01752

Gassmann, Bertwin
12 Sheridan Street
Lexington, MA 02420

GCM New England
1550 Worcester Road
#120
Attn: Esther Rothkopf
Framingham,, MA 01702

George W. Tetler III, Esq.
Bowditch & Dewey LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156

Golden Tones, Inc.
41 Cochituate Road
Wayland, MA 01778

Grainger
Dept. 880457387
Palatine, IL 60038-0001

Greenscape Land Design Inc
100 Revolutionary Drive
East Taunton, MA 02718

Groves, John
10 Rear Mount Pleasant Street
Woburn, MA 01801

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852

Halfrey, Christina
1 Willard Street
Ayer, MA 01432

Halfrey, Kerry
1 Willard Street
Ayer, MA 01432

Hampson Plumbing & Heating Inc
PO Box 1038
Shirley, MA 01464

Harris, Leonard
26 Sunrise Drive
Breadford, MA 01835

Harvey Frommer Associates, Inc
83 Franklin Hill Road
Lyme, NH 02768

Hathaway, Lauren
14 Ministers Way
Stow, MA 01775

HB Communications INc.
60 Dodge Avenue
PO Box 689
North Haven, CT 06473

HD Supply Facilities Maint.
P.O. Box 509058
San Diego, CA 92150-9058

Hermann, Jeremy Clemens
64 Fort Meadow Drive
Hudson, MA 01749

Hickey, Marie T.
PO Box 2762
Framingham, MA 01703

Home Depot
PO Box 183175
Dept 32-2139283455
Columbus, OH 43218-3175

Howse Corporation
197 Main Street
Suite 102
North Reading, MA 01864

Hudson Appliance Center, Inc
167 Main Street
Hudson, MA 01749

Humphreville, Robert
955 Massachusetts Avenue
#262
Cambridge, MA 02139

Hunneman Appraisal & Consultin
303 Congress Street
Boston, MA 02210

Indian Hill Music
PO Box 1484
Mary Leahy
Littleton, MA 01460

Ingel, Annette
19 Mt. Carmel Street
Fitchburg, MA 01420

Inman, Linda
20 Garfield Avenue
Maynard, MA 01754

J. W. Lopes
128 Carter Street
Chelsea, MA 02150

Johnson, Alicia
21 Dexer Street, Apt #3
Waltham, MA 02453

Johnson, Melissa
21 Dexter Street, Apt #3
Waltham, MA 02453

KABA ILCO Inc.
PO Box 12553
Succ. centre ville
Montreal, Quebec H3C 6R1
CANADA

Kadre Health Solutions
220 Reservoir Street
#25
Needham, MA 02494

Kajko, Weisman, Colasanti, & S
430 Bedford Street
Lexington, MA 02420

Kaloutas Painting
11 Railroad Avenue
Peabody, MA 01960

Kaufman, Manuel
304 Cornell Street
Roslindale, MA 02131

Kauppinen, Martha
28 Stoneybrook Road
Charlton, MA 01507

Kelleher, Jessica
125 Parker Street
Wilmington, MA 01887

Kelley, Anne
19 Oakwood Avenue
Sudbury, MA 01776

King, Todd L.
11 Ellis Ave
Marlborough, MA 01752

Kivov Consulting
475 K Street NW
Suite 1005
Washington, DC 20001

KNF&T Staffing Resources
3 Post Office Square
Boston, MA 02109

Konica Minolta Business Soluti
Dept at 952823
Atlanta, GA 31192

Konica Minolta Premier
P.O. Box 41602
Philadelphia, PA 19101-1602

Krause, Jacob
9 Oxford Avenue
Belmont, MA 02478

Kronos Incorporated
297 Billerica Road
Chelmsford, MA 01824

Kubota Credit Corporation, U.S.A.
P.O. Box 2429
Suwanee, GA 30024-9955

Lalicata Landscape Products
33 Ryder Street
Arlington, MA 02476

Lavin, Mike
94 Tuttle Road
Sterling, MA 01564

Leading Age Massachusetts
180 Wells Avenue
Suite 105
Newton, MA 02459

Leaver, Chris
900 Lexington Street
Waltham, MA 02452

LeBlanc, Leo
329 Townsend Hill Road
Townsend, MA 01469

Leblanc, Reynaldo
11 Apple Drive
Townsend, MA 01469

LIke New Office Furniture Inc
PO Box 28
Rochdale, MA 01542-1305

Lincoln Fire Department
169 Lincoln Road
Lincoln, MA 01773

Lincoln Parks & Rec Dept
PO Box 6353
Lincoln, MA 01773-6353

Lincoln Water Dept
Water Department
16 Lincoln Road
Lincoln, MA 01773

Lincoln, Town of
16 Lincoln Road
Lincoln, MA 01773

Liturgical Publications Inc
5 Progrss Drive
Cromwell, CT 06416-1096

Lowell Spinners
450 Aiken Street
Lowell, MA 01854

Marini, Emily
110 Indian Road
Waltham, MA 02451

Martin, Mike
65 Allen Avenue, Apt 1
Lynn, MA 01902

Martino & Binzer
270 Farmington Avenue
Suite 128
Farmington, CT 06032

Masonic Health System
of Massachusetts, Inc.
Attn: David C. Turner
88 Masonic Home Road
Charlton, MA 01507

Massachusetts Development Finance
Agency
160 Federal Street
Attention: General Council
Boston, MA 02110

Massachusetts VSP
PO Box 742479
Los Angeles, CA 90074-2479

MassDOT
Registry of Motor Vehicles
PO Box 55891
Boston, MA 02205-5891

Masterpiece Living, LLC
11360 North Jog Road
Suite 102
Palm Beach Gardens, FL 33418

Masterpiece Living, LLC
11360 North Jog Road
Suite # 102
Palm Beach Gardens, FL 33418

Matson, Sally
23 William Street
Andover, MA 01810

McMillan, Marilyn
422 North Ave
Weston, MA 02493

MDI Achieve SDS-12-2905
P.O. Box 86
Minneapolis, MN 55486-2905

Mechanical Management, Inc
1501 Main Street
Suite 27
Tewksbury, MA 01876

Medline
P.O. Box 121080
Dept 1080
Dallas, TX 75312-1080

Melanson, Jessica
24 Wadsworth Avenue
Waltham, MA 02453

Mendoza-Vargas, Elizabeth
249 Marion Street, #3
East Boston, MA 02128

Mercier Electric Co., Inc
PO Box 357
Auburn, MA 01501

MetaBank
5501 S. Broadband Lane
Sioux Falls, SD 57108

Michael's Flooring
46 Off Morris Street
Southbridge, MA 01550

Mintz, Levin, Cohn, Ferris, Gl
One Financial Center
Boston, MA 02111

Minute-Man Printing Corp
Po Box 1026
20  Beharrell Street
Concord, MA 01742

Miranda, Christian
PO Box 201
Framingham, MA 01704

Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Muirfield Mechancial Services
80 Littlefield Road
Boxborough, MA 01719

NAPGCM
3275 W. Ina Rd
Suite 130
Tuscon, AZ 85741

Narrett, Eugene
14 North Street
Maynard, MA 01754

Nashoba Blue
433 Main Street
Hudson, MA 01749

Nathan Sallop Insurance Agency
25 New Chardon Street
6th Floor
Boston, MA 02114

National Grid
P.O. Box 11735
Newark, NJ 07101-4735

National Grid-NJ
P.O. Box 11735
Newark, NJ 07101

Network Services Company
Lockbox 231805
1805 Momentum Pl
Chicago, IL 60689-5318

New England Alliance
52 Boyden Road
Suite 205
Holden, MA 01520

New England Coffee Co.
100 Charles Street
Malden, MA 02148

New England Deaconess Association
Abundant Life Communities, Inc.
80 Deaconess Rd.
Concord, MA 01742

New England Keyless Entry
63 Harris Street
Acton, MA 01720

New Pig
One Pork Ave
Tipton, PA 16684

New Sound Assembly
5 Wilmont Road
Framingham, MA 01701

Newton-Wellesley Hospital
PO Box 415669
Boston, MA 02241

Nichols Flooring
57 Townfarm Road
Brookfield, MA 01506

Nichols, Steven
1 Elm Avenue
Waltham, MA 02453

Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

Northeast Cutlery
244 Ash Street
Reading, MA 01867

Northroad Wood Signs & Sign Gr
203 Old Revolutionary Road
Temple, NH 03084

Nstar Electric
P.O. Box 660369
Dallas, TX 07526-6036

Oceans Promotions
117 Fitzgerald Road
Charlton, MA 01507

Olympia Moving & Storage Co.
17 Bridge Street
Waterown, MA 02472

Omnicap Group, LLC
139 Hermosa Avenue
Jeffrey S. Smith
Hermosa Beach, CA 90254

Omnicap Group, LLC
139 Hermosa Avenue
Hermosa Beach, CA 90254

One Communications
P.O. Box 415721
Boston, MA 02241-5721

Overhead Door Company of Danvers
2 DeBush Avenue
Unit A6
Middleton, MA 01949

Overhead Door of Boston
300 Weymouth Street
Rockland, MA 02370

Overlook Communities
88 Masonic Home Road
Charlton, MA 01507

Overlook Masonic Health System
88 Masonic Home Road
Charlton, MA 01507

Overlook Visiting Nurse Associ
88 Masonic Home Road
Charlton, MA 01507

Pageau, Lawrence
325 Newton Street
Waltham, MA 02453

Paylocity
3850 N. Wilke Road
Arlington Heights, IL 60004

PC Connection Sales Corp
P.O. Box 382808
Pittsburgh, PA 01525-0888

Perkins
630 John Hancock Road
Taunton, MA 02780

Pierce & Mandell, P.C.
11 Beacon Street
Suite 800
Boston, MA 02108-3002

Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pittsburgh Paints
PO Box 536864
Atlanta, GA 02494

Place Motor Inc
19 Thompson Road
Webster, MA 01570

Poland Springs
PO Box 856192
Louisville, KY 40285-6192

Precision Electrical Systems I
419 Lincoln Street
Marlboro, MA 01752

Production Resources
66 Oxford Street
Somerville, MA 02143

Puraqua Pool Service
56 Emerson Road
Po Box 541515
Waltham, MA 02454

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250

Pyro/Bain, Inc
PO Box 920325
Needham, MA 02492

R & M Prov. Co.
13 Foley Drive
Framingham, MA 01701

Raintech Sound & Communication
250 Sheldon Road
Manchester, CT 06042

Rasky Baerlein
70 Franklin Street
3rd Floor
Boston, MA 02110

RBC Capital Markets
Mr. Rob Whitlock
130 North 18th Street
Philadelphia, PA 19103-6933

RBC Capital Markets, LLC
677 Broadway
Suite 707
Albany, NY 12207

Red Derby
140 Elliot Street
Building E
Beverly, MA 01915

Registry of Motor Vehicles
PO Box 55891
Boston, MA 02205-5891

Reliable Roofing & Home Improv
21 Maple Road
North Reading, MA 01864

Rentals Unlimited
45aa Tosca Drive
Stoughton, MA 02072

Richard B. Lewis Tree Service
9 Nadine Road
Framingham, MA 01701

Richards, Archie
33 Christian Avenue
#88
Concord, NH 03301

Rogers, Kimberly
16 Weston Road
Lincoln, MA 01773

Rolfe, Wendy
472 Point Road
Marion, MA 02738

Roush & Associates Inc
92 Montvale Avenue
Suite 2300
Attn: Jeffrey M. Landa
Stoneham, MA 02180

Sage Educational Services
75 Joyce Road
Framingham, MA 01701

Sam's Catch Basin Cleaning
PO Box 2364
Fitchburg, MA 01420

Save That Stuff Inc
200 Terminal Street
Charlestown, MA 02129

Schwartzman, Lynn
200 Edgemere Road
Lynn, MA 01904

Scott & Associates
1156 Irwins Gates Drive
Collierville, TN 38017

Shani, Daniel
48 Bonnybrook Road
Waban, MA 02468

Shea, Toby
8 Adeline Road
Beverly, MA 01915

Showcase Interiors
78 Larchmont Road
Melrose, MA 02176

Signet Electronic Systems Inc
106 Longwater Drive
Norwell, MA 02061

Smith, Douglas
2 Nancy Drive
Webster, MA 01570

Soloman, Stanley J.
4 Whittier Road
Lexington, MA 02421

Sounds of Concord
C/O Donald Davis
16 Holiday Road
Wayland, MA 01778

Spector, Michael
212 Seaver Street
Stoughton, MA 02072

Squire, Sanders & Dempsey LLP
PO Box 643051
Cincinnati, OH 45264

St. Nicholas Greek Orthodox Church
17 Meriam Street
Attn: Mary Correia
Lexington, MA 02420

Stanley Access Tech
PO Box 0371595
Piitsburgh, MA 15251-7595

Stanley Elevator Company Inc
PO Box 843
Nashua, NH 03061

Stanley Steemer of Boston
PO Box 195
Marlboro, MA 01752

Stellar Private Cable Systems
975 East Tallmadge Avenue
Akron, OH 44310

Stevens, Holly Ann
P.O. Box 26
Charlton, MA 01507

Sudbury Housing Trust
278 Old Sudbury Road
Sudbury, MA 01776

Sudbury Taylor Rental
712 Boston Post Road
Sudbury, MA 01776

Summit Geotechnical Consultant
17 Waltham Street
Lexington, MA 02421

Sunoco Credit Card Center
PO Box 653082
Dallas, TX 75265-3082

Supreme Industrial Products In
490A Constitution Drive
Taunton, MA 02780

Swanson Buick-GMC Truck Inc.
Old Powder Mill Road
Concord, MA 01742-4698

Sysco
99 Spring Street
Plympton, MA 02367

Taddeo, Steve
38-4 Garden Circle
Waltham, MA 02452

Tan, Jeffrey
73 Cambridge Turnpike
Lincoln, MA 01773

Tax, Jonathan
73 Cambridge Turnpike
Lincoln, MA 01773

TD Wealth
Attn: Fee Processing
PO Box 1034
Cherry Hill, NJ 08002

Terex Financial Services
200 Nyala Farm Road
Westport, CT 06880

Tetra Tech Inc.
One Grant Street
Framingham, MA 01701

The Apartments at the Groves, Inc.
One Harvest Circle
Lincoln, MA 01773

The Concord Orchestra
PO Box 381
Concord, MA 01742

The Hartford Life Ins Co
P.O. Box 8500 3690
Philadelphia, PA 19178

The Healthy Step
PO Box 1329
Charlton City, MA 01508

Tighe & Bond
53 Southampton Road
Westfeld, MA 01085-5308

Town Of Sudbury
278 Old Sudbury Road
Sudbury, MA 01776

Transcanada Power Marketing LT
110 Turnpike Road
Suite 300
Westborough, MA 01581

Transitions Liquidation Servic
PO Box 395
Harvard, MA 01451

Travers, Richard
17 Alder Road
Westwood, MA 02090

Tri-Community Rental
21 Main Street
Sturbridge, MA 01566

Vendetti Motors, Inc.
411 West Central Street
Franklin, MA 02038

Verizon
PO Box 1100
Albany, NY 12250-0001

Veselov, Mischa
9 Skehan Street
Apt 3
Somerville, MA 02143

Vetree, Reagan
31 Fernwood Avenue, Apt 2
Revere, MA 02151

Vetree, Reagan
34 Hamlet Street
Newton, MA 02459

Viselli, Michael
723 Western Avenue
Gloucester, MA 01930

W.B. Mason Company, Inc.
P.O. Box 55840
Boston, MA 02205

Waltham Services, Inc.
P.O. Box 540538
Waltham, MA 02454

Wayside Quartet
3 Dornoch Circle
North Chelmsford, MA 01863

Wells Fargo Bank, N.A.
Corporate Trust Services - Special Accou
625 Marquette Ave, 11th Floor
MAC: N9311-115
Minneapolis, MN 55479

Wells Fargo Bank, N.A. as Trustee
10 Orms Street
Suite 325
Attention: Vice President
Providence, RI 02904

West, George
335 Mechanic Street
Marlborough, MA 01752

Whitewater Inc.
C/O R.H. White Construction Co
41 Central Street
Auburn, MA 01501

Willco Sales and Service Inc.
PO Box 32003
Fairfield, CT 06825

Wilson Group, The Greg
3847 Calliandra Drive
Sarasota, FL 34232

Wind River Environmental LLC
577 Main Street
Suite 110
Hudson, MA 01749

Wise, Sofie
34 Old Sudbury Road
Lincoln, MA 01773

Woodbury, Erin M.
208 Beech Street
Belmont, MA 02478

WORLD DATA PRODUCTS
121 CHESHIRE LANE
SUITE 100
MINNETONKA, MN 55305

Zep Sales & Service
P.O. Box 3338
Boston, MA 02241

Zieff, Norton
7 Wainwright Road
#83
Winchester, MA 01890

Ziegler Lotsoff  Capital Manag
20 North Clark Street
34fl
Accounts Receivable
Chicago, IL 60602