# EXHIBIT B

# Schedule of Bondholder Participants in Plan Negotiations

[*To be inserted*]